**DIANE M. REGAN**
California State Bar No. 207027
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Diane_Regan@fd.org

Attorneys for Mr. Guerrero-Ledesma

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ8151-PCL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| FERNANDO GUERRERO-LEDESMA, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Diane M. Regan, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: February 22, 2008         */s/ Diane M. Regan*
                                 **DIANE M. REGAN**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Mr. Guerrero-Ledesma
                                 Diane_Regan@fd.org

1
**CERTIFICATE OF SERVICE**

2     Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3 and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4     Courtesy Copy to Chambers

5     Copy to Assistant U.S. Attorney via ECF NEF

6

7 Dated: February 22, 2008      */s/ Diane Regan*
    **DIANE M. REGAN**
8     Federal Defenders of San Diego, Inc.
    225 Broadway, Suite 900
9     San Diego, CA  92101-5030
    (619) 234-8467  (tel)
10     (619) 687-2666  (fax)
    Email: Diane_Regan@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28