**FILED**
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR792-W |
| ) | |
| Plaintiff, ) | I N F O R M A T I O N |
| ) | |
| v. ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Misdemeanor); |
| FERNANDO GUERRERO-LEDESMA, ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Felony); |
| Defendant. ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about 2/18/08, within the Southern District of California, defendant FERNANDO GUERRERO-LEDESMA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

JDM:mg:Imperial
3/17/08

Count 2

On or about __2/18/08__, within the Southern District of California, defendant FERNANDO GUERRERO-LEDESMA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about February 19, 2008, within the Southern District of California, defendant FERNANDO GUERRERO-LEDESMA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: __March 18, 2008__.

KAREN P. HEWITT
United States Attorney

*/s/ John T. Wen*

JEFFREY D. MOORE
Assistant U.S. Attorney