FILED

APR 16 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_          DEPUTY

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Criminal No. **08CR0792-W**
                                     )
11                  Plaintiff,       )   **CONSENT TO RULE 11 PLEA IN A**
                                     )   **FELONY CASE BEFORE UNITED**
12  v.                               )   **STATES MAGISTRATE JUDGE,**
                                     )   **WAIVER OF PRESENTENCE REPORT**
13  FERNANDO GUERRERO-LEDESMA,       )   **AND WAIVER OF OBJECTIONS FOR**
                                     )   **IMMEDIATE SENTENCING**
14                  Defendant.       )
                                     )
15  _____)

16        I have been advised by my attorney and by the United States

17  Magistrate Judge of my right to enter my plea in this case before

18  a United States District Judge.  I hereby declare my intention to

19  enter a plea of guilty in the above case, and I request and

20  consent to have my plea taken by a United States Magistrate Judge

21  pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

22        I understand that if my plea of guilty is taken by the

23  United States Magistrate Judge, and the Magistrate Judge

24  recommends that the plea be accepted, the assigned United States

25  District Judge will then decide whether to accept or reject any

26  plea agreement I may have with the United States and will

27  adjudicate guilt and impose sentence.

28        I further understand that due to my request for immediate

1  sentencing in this case, I am waiving the preparation of a

2  presentence report and I am also waiving any objections I may

3  have to the Magistrate Judge's findings and recommendation

4  concerning the entry of my guilty plea.

5

6

7  Dated: 4/16/08                    X _____

8                                    FERNANDO GUERRERO-LEDESMA
                                     Defendant

9

10

11  Dated: 4/16/08                   _____

12                                   Diane M. Regan
                                     Attorney for Defendant

13

14      The United States Attorney consents to have the plea in this

15  case taken by a United States Magistrate Judge pursuant to

16  Criminal Local Rule 11.2 and further waives a presentence report

17  in this case as well as any objections to the Magistrate Judge's

18  findings and recommendation concerning the entry of the guilty

19  plea.

20

21

22  Dated: 4/16/08                   _____

23                                   Assistant United States Attorney

24

25

26

27

28

08CR0792-W