**DIANE M. REGAN**
California State Bar No. 207027
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: diane_regan@fd.org

Attorneys for Mr. Guerrero-Ledesma

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 08CR00792-W-1 |
| ) | |
| Plaintiff, ) | DATE: APRIL 28, 2008 |
| ) | TIME: 9:00 A.M. |
| v. ) | |
| ) | **MOTION FOR ORDER** |
| FERNANDO GUERRERO-LEDESMA, ) | **TO SHORTEN TIME** |
| ) | |
| Defendant. ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time for filing Mr. Guerrero-Ledesma's *Documents in support of Sentencing and Sentencing Summary Chart* to two (2) days, to be heard Aril 28, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, for the following reason:

Defense counsel was short set for sentencing and counsel needed more time to obtain letters from Mr. Guerrero-Ledesma's family.

A courtesy copy has been provided to Assistant United States Attorney Jeffrey Moore.

Respectfully submitted,

DATED: April 25, 2008

*/s/ Diane M. Regan*
**DIANE M. REGAN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Guerrero-Ledesma