```
FILED
APR 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO GUERRERO-LEDESMA,<br><br>Defendant. | CASE NO.: 08CR00792-W-1<br><br>**ORDER TO SHORTEN TIME** |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for filings defendant's *Documents in support of Sentencing and Sentencing Summary Chart* in the above-entitled action be shortened to two (2) days, and that the matter be calendared for hearing on April 28, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard.

DATED: 4/28/08

_____
HONORABLE THOMAS J. WHELAN
United States District Judge